# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Kevin Alexander Ramos Hernandez**

      v.                                Case No. 26-cv-108-PB-TSM

**Strafford County Department of Corrections,**
**Superintendent, et al.**

## ORDER

After the government notified the Court that Kevin Alexander Ramos Hernandez received the bond hearing he sought on March 10, 2026, I ordered Ramos Hernandez to show cause within seven days why his petition should not be dismissed. Doc. 9. Ramos Hernandez has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                 /s/ Paul Barbadoro
                                 Paul J. Barbadoro
                                 United States District Judge

March 19, 2026

cc:    Counsel of Record